IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JUSTIN BORUM, and CHELSEA RUSHING, individually and as heirs-at-law to the ESTATE OF TERRY BORUM, and GRADY BORUM,<br><br>　　　Plaintiffs,<br><br>v.<br><br>SWISHER COUNTY,<br><br>　　　Defendant. | § § § § § § § § § § § § § | 2:14-CV-127-J |

## JUDGMENT

The Court issues this judgment pursuant to the jury's verdict of October 22, 2015. This action was tried before the Court and a jury between October 19 and 22, 2015. On October 22, 2015, the jury returned a verdict in favor of Plaintiffs Justin Borum, Chelsea Rushing, Grady Borum and the Estate of Terry Borum ("Plaintiffs").

The jury found that Plaintiffs proved that Defendant Swisher County violated Plaintiffs' rights under the Americans with Disabilities Act and violated Plaintiffs' rights under the Fourteenth Amendment to the United States Constitution pursuant to Title 42 U.S.C. §1983.

The jury awarded Plaintiffs the following damages:

As to **Plaintiff Justin Borum**: $100,000 for past mental anguish, $50,000 for future mental anguish, $50,000 for past loss of affection and companionship of his Father Terry Borum, and $50,000 for future loss of affection and companionship of his Father Terry Borum, for a total award of $250,000.

As to **Plaintiff Chelsea Rushing**: $100,000 for past mental anguish, $50,000 for future mental anguish, $50,000 for past loss of affection and companionship of her Father Terry Borum, and $50,000 for future loss of affection and companionship of her Father Terry Borum for a total award of $250,000.

As to the **Estate of Terry Borum**: $100,000 for conscious pain and suffering.

As to **Plaintiff Grady Borum**, $100,000 for past mental anguish, $100,000 for future mental anguish, $100,000 for past loss of affection and companionship of his son Terry Borum, and $100,000 for future loss of affection and companionship of his son Terry Borum, for a total award of $400,000.

It is therefore ORDERED, ADJUDGED, and DECREED that each Plaintiff recover judgment in the amounts set forth above from Defendant Swisher County.  All allowable and reasonable costs are taxed against Defendant.

IT IS SO ORDERED.

ENTERED this __23rd__ day of October 2015.

CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE