IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JUSTIN BORUM, and CHELSEA RUSHING, individually and as heirs-at-law to the ESTATE OF TERRY BORUM, and GRADY BORUM <br><br> PLAINTIFFS <br><br> v. <br><br> SWISHER COUNTY <br><br> DEFENDANTS | § § § § § § § § § § § § § § | <br><br><br><br><br><br><br> CAUSE OF ACTION NO. <br> 2:14-cv-127 <br><br> JURY DEMANDED |

**PLAINTIFFS' MOTION FOR COSTS, ATTORNEYS' FEES, AND LITIGATION EXPENSES**

Pursuant to Local Rule 7.1 and 54.1, Plaintiffs file this motion for costs, attorneys' fees, and litigation expenses.

As explained more fully in Plaintiffs' contemporaneously filed Brief, Plaintiffs are the prevailing party in this litigation, and are entitled to costs, attorneys' fees, and litigation expenses pursuant to 42 U.S.C. § 1988, and 42 U.S.C. § 12205. Plaintiffs' Appendix contains support for their motion for attorneys' fees, costs, and litigation expenses.

Thus, the Court should grant Plaintiffs' motion for attorneys' fees, costs, and litigation expenses, and award the sum requested in the brief.

Respectfully submitted,

**EDWARDS LAW**
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel.   512-623-7727
Fax.   512-623-7729

By   /s/ Jeff Edwards
      JEFF EDWARDS
      State Bar No. 24014406
      jeff@edwards-law.com
      SCOTT MEDLOCK
      State Bar No. 24044783
      scott@edwards-law.com
      SEAN FLAMMER
      State Bar No. 24059754
      sean@edwards-law.com


**LOVELL, LOVELL, NEWSOM & ISERN, L.L.P.**
112 W. 8th Ave. #1000
Amarillo, TX 79101
Tel.   (806) 373-1515
Fax.   (806) 379-7176

      TIM NEWSOM
      State Bar No. 00784677
      KEVIN A. ISERN
      State Bar No. 10432900

**ATTORNEYS FOR PLAINTIFF**


CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Northern District of Texas.

2

CERTIFICATE OF CONFERENCE

      By my signature above, I certify that I attempted, in good faith, to resolve the issue of attorneys' fees and costs prior to filing this motion. Defense counsel, Mark White, initially reached out shortly after the verdict was entered to attempt to resolve these issues. I was later told that he lacked the requisite authority from his client's insurer to negotiate as to rates or hours. If these disputes can be resolved without the court's intervention, I will promptly notify the court of any agreement between the parties.